IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODNEY WHIDDEN,

   *Petitioner*,

v().                                        Case No.: 4:23cv103-MW/MAF

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 8, is **DISMISSED as untimely**." A certificate of appealability is **DENIED**. Leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 5, 2025.**

                                                   s/Mark E. Walker               
                                                 **Chief United States District Judge**