IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RODNEY WHIDDEN,**

    *Petitioner*,

v.                                                 Case No.: 4:23cv103-MW/MAF

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side and directed judgment be entered dismissing Petitioner's § 2254 petition. ECF Nos. 22 and 23. On June 17, 2025, however, this Court received Petitioner's objections to the report and recommendation. ECF No. 24. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 22, and the judgment, ECF No. 23.

Having considered Petitioner's objections, ECF No. 24, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 21. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 8, is **DISMISSED as untimely**." A certificate of appealability is **DENIED**.

Leave to appeal *in forma pauperis* is **DENIED**. The Clerk shall close the file.

    **SO ORDERED on June 18, 2025.**

                                      <u>**s/Mark E. Walker**</u>
                                      **Chief United States District Judge**